**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:  Cory J. Norman ) | |
|        Meikka C. Norman ) | |
|        aka Meikka C. Taylor ) | |
|        aka Taylor Financial Services ) | |
|        aka Limit Eight Enterprises ) | |
|                           Debtor ) | Case No.13-10431 |
| ) | |
| ) | Chapter 13 |
| Social Security No(s).xxx-xx 9256 & 1231 ) | |
| Tax ID: 06-1655454 ) | |

NOTICE OF NON-COMPLIANCE TO DEBTOR AND LANDLORD

To:     James Conklin, Lessor
Address:  407 Rexburg Ave.
           Fort Washington, MO 20744

Notice is hereby given pursuant to 11 U.S.C. § 362(l)(4)(B):

The debtor has failed to deposit with the Clerk of the Court (Clerk) any rent that would become due during the 30-day period after filing of the bankruptcy petition and the debtor has failed to file a certification as required by 11 U.S.C. § 362(l)(1)(A) and (B);

As a result of the debtor's non-compliance a certified copy of the docket is being sent with this notice.

Dated:    2/25/13                                          KIM F. LEFEBVRE
                                                             Bankruptcy Court Clerk

                                    By:    Dana Rosenberg
                                            Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Cory J. Norman and Meikka C. Norman,           ) | |
| ) | |
| Debtor           ) | Case No. 13-10431 |
| ) | |
| ) | |
| ) | Chapter 13 |
| Social Security No(s). Xxx-xx-9256 & 1231      and all  ) | |
| Employer's Tax Identification No(s). 06-1655454           ) | |

CERTIFICATE OF MAILING

The deputy clerk indicated below of the United States Bankruptcy Court for the Northern District of New York at Albany, hereby certifies that on this date a true copy of the foregoing document was mailed via either the United States Postal Service or sent electronically to registered users of the Northern District of New York CM/ECF system as shown below:

United States Trustee: USTPRegion02.AL.ECF@USDOJ.GOV
Case Trustee: Andrea E. Celli  legal@ch13albany.com
Debtor:  Cory J. Norman & Meikka C. Norman, 8 Kingswood Dr Clifton Park, NY 12065
Landlord:  James Conklin 407 Rexburg Ave. Fort Washington, MO 20744


Date: 2/25/13                                                              S/ Dana Rosenberg
                                                                                        Deputy Clerk


O:M100(01/15/2004)A